# S<span>AMUEL</span> & S<span>TEIN</span>

A<span>TTORNEYS</span> A<span>T</span> L<span>AW</span>

38 W<span>EST</span> 32<span>ND</span> S<span>TREET</span>, S<span>UITE</span> 1110, N<span>EW</span> Y<span>ORK</span>, NY  10001
P<span>HONE</span>: (212) 563-9884 | F<span>AX</span>: (212) 563-9870 | W<span>EBSITE</span>: www.samuelandstein.com

| | | |
|---|---|---|
| **D**AVID **S**TEIN<br>dstein@samuelandstein.com | October 24, 2018 | A<span>DMITTED IN</span><br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY  10007

   Re: <u>**Baten v. St. Mina NSYJ Inc., d/b/a La Trattoria., et al.**</u>
     *Case Number 18-cv-3248 (AJN) (SDA)*

Dear Judge Nathan:

  We represent plaintiff Fernando Baten in the above-referenced matter and write, pursuant to Your Honor's October 22 Order, to confirm that plaintiff has made the determination not to seek conditional certification.

  We thank the Court for its attention to this matter and are available at Your Honor's convenience in the event that the Court has any questions.

             Respectfully submitted,

             David Stein

cc:  Ge Qu, Esq. (via ECF)