UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Baten,

              Plaintiff,

-against-

ABC Corp. et al,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2019

1:18-cv-03248 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    This case contains claims under the Fair Labor Standards Act. On January 22, 2019, the parties reached a settlement in principle during a settlement conference before me. On February 5, 2019, the parties submitted the proposed settlement agreement and related papers. (ECF No. 44.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

    Accordingly, this action is dismissed with prejudice only as to Defendants St. Mina NSYJ Inc. d/b/a La Trattoria and Sarwat Said, and is dismissed without prejudice as to the other Defendants. Further, this action is dismissed without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

DATED:    New York, New York
              February 6, 2019

_____
STEWART D. AARON
United States Magistrate Judge